James Wolf
225 Linden Ct #A
Lomira WI
53048
Phone (920) 960-9251
Fax (800) 625 6685



Defendant Pro Se

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ICG-INTERNET COMMERCE GROUP, INC. an Arizona corporation d/b/a WWW.HOLLYWOODSEXTAPES.COM, Plaintiff, vs. JAMES WOLF PROSE ONLY, INC., a foreign corporation Defendant | CIVIL NO.: CV06-1345-PHX-EHC<br><br>DEFENDANTS ANSWER TO MOTION FOR SUMMARY JUDGEMENT<br><br>and<br><br>MOTION TO DISMISS |

NOW COMES defendant pro se James Wolf to request that the plaintiffs request for summary judgement be denied. I am disputing what ICG claims to be material facts.

ICG et al is claiming that I allowed the video to be downloaded, which is untrue. They are claiming that they learned of offensive acts after they obtained copyrights and contacted me then, which is also untrue. The first contact came prior to the April 24 date, from a blocked number at after 6 PM in the evening. The person who screamed obscenities at me and told me I would be "So f***ing sued if I did not remove the video immediately" would not identify himself other than "I am a lawyer". I told him that I knew of no such copyrights and would gladly remove any copyrighted material immediately upon reciept of such. ICG also maintains that I "bragged of illegal activity", which is a misrepresentation of the truth. I merely quoted the words that were screamed at me from the blocked phone number.

Shortly after April 24th, Jon Montrol recieved a notice of copyright. He phoned me, I removed the video immediately. Shortly after that, I recieved my own notice of copyright from ICG.

There are other things in the case that I will also dispute. ICG is using loose translations of actual events to manipulate the court system to their advantage simply because they have a financially disadvantaged opponent, or rather, victim.

For these reasons, I must be given an opportunity to defend myself. I also feel the court deserves an opportunity to dismiss the case based on these facts. ICG has misrepresented various truths throughout the course of this litigation, and I would go so far as to call this case frivolous. ICG has known from the start that I acted in a very responsioble manner, that I did not cause them any monetary loss, and that I could not make up their losses even if I did. The entire case has been a waste of the court's time and resources so that ICG can claim a loss on their taxes at someone else's expense.

Dated this 14th day of May, 2007

James Wolf