Maria Crimi Speth, #0125742
David S. Gingras, #021097
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 248-1000
Fax: (602) 248-0522

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| ICG-INTERNET COMMERCE GROUP, INC. an Arizona corporation d/b/a **WWW.HOLLYWOODSEXTAPES.COM**, <br><br> Plaintiff, <br><br> vs. <br><br> **JAMES WOLF and JANE DOE WOLF, husband and wife;** <br> **PROSE ONLY, INC., a foreign corporation d/b/a WWW.BEERANDSHOTS.COM;** <br> **JON MONTROLL and JANE DOE MONTROLL d/b/a WWW.COLOGUYS.COM;** <br> **DOES 1–10, inclusive,** <br><br> **Defendants.** | CIVIL NO.: CV06-1345-PHX-EHC <br><br> **AFFIDAVIT OF DAVID S. GINGRAS IN SUPPORT OF PLAINITFF'S REQUEST FOR ATTORNEY'S FEES** |

STATE OF ARIZONA     )
                                        ) ss.
County of Maricopa      )

I, DAVID S. GINGRAS being first duly sworn upon my oath, depose and say that:

1.  I am a member in good standing with the State Bar of Arizona and an employed as an associate attorney with the law firm of Jaburg & Wilk, P.C. ("J&W"), attorneys of record on behalf of Plaintiff INTERNET COMMERCE GROUP, INC.

2. This Affidavit is made of my own personal knowledge and is submitted in accordance with this Court's order dated September 25, 2007.

3. I have reviewed the summary of fees attached hereto as **Exhibit A**, know the contents thereof and the same is a true and correct itemization of the attorney fees incurred in connection with this action.

4. The legal services rendered in this matter were performed by me and other attorneys in my firm and are in accordance with the hourly rate fee agreement between J&W and ICG, and said fees have been paid in full by ICG.

5. The hourly rate charged by myself and the other attorneys in my firm are reasonable and are within the range of average fees charged by similar law firms for intellectual property litigation.

6. I am familiar with the rates for similar services in the Phoenix area and, in my opinion, the hourly rates for the listed services are reasonable and comply with E.R. 1.5.  Moreover, the time spent by each timekeeper was reasonable and not a duplication of effort.

7. **Exhibit A** establishes that ICG has incurred with a total of $8,215.00 in attorney fees in this matter.  **Exhibit A** was based upon individual timesheets maintained by my office. Time sheets were filled out as the work was performed including the amount of time expended measured in tenths of an hour; the timesheets are then typed onto the computer forms and submitted to the firm's accounting department; the information is then entered into a computer system where the data is stored; and, therefore, bills are rendered to the clients on a monthly basis, reflecting a brief description of the work performed, the charges and the costs.  The clients send their remittances to the firm in response to the statements and invoices mailed.  These practices and procedures are standard to J&W and are within their normal business operations.

8. **Exhibit A** also reflects that ICG has incurred necessary and reasonable costs of $980.82 in this matter including filing fees and process service fees.

I have read this Affidavit and the matters set forth herein are true and correct to the best of my knowledge.

**SUBMITTED** this 15th day of November, 2007.

             **JABURG & WILK, P.C.**


          By: /s/ David S. Gingras
             Maria Crimi Speth, Esq.
             David S. Gingras, Esq.
             Attorneys for Plaintiff ICG

# **EXHIBIT A**

RE: INTERNET ISSUES

I.D. 9267-00001

For Services Rendered Through October 31, 2007

| Timekeeper | Hours | Rate/Hour |
|---|---|---|
| DAVID S. GINGRAS | | $ 190.00–225.00 |
| MARIA C. SPETH | | $ 250.00 |
| KRAIG J. MARTON | | $ 300.00 |

05-09-06  PREPARE DMCA CLAIM NOTICE FOR BEERANDSHOTS; RESEARCH CONTACT INFORMATION FOR TWO WEBSITES HOSTING VIDEO.   DSG   1.0   190.00

05-15-06  RESEARCH STATUS OF BEER AND SHOTS DMCA NOTICE; TELEPHONE CONFERENCE WITH COLOGUYS ISP REGARDING DMCA NOTICE; REVIEW AND RESPOND TO EMAILS FROM CLIENT REGARDING SAME; RESEARCH STATUS OF COLOGUYS DMCA REGISTRAR; MEET WITH MARIA CRIMI SPETH TO DISCUSS ALTERNATIVES FOR LITIGATION.   DSG   1.0   190.00

05-15-06  MEETING WITH DAVID REGARDING CAROLYN MURPHY TAPE COPYRIGHT INFRINGEMENT CLAIM.   MCS   0.3   75.00

| | | | | |
|---|---|---|---|---|
| 05-16-06 | DRAFT COMPLAINT FOR COPYRIGHT INFRINGEMENT AGAINST BEER AND SHOTS. | DSG | 1.8 | 342.00 |
| 05-17-06 | MEET WITH MARIA CRIMI SPETH REGARDING FINAL BEER AND SHOTS COMPLAINT; REVISE SAME AND PREPARE SUMMONS, COVER SHEET, ETC. | DSG | 0.4 | 76.00 |
| 05-17-06 | REVIEW OF COMPLAINT FOR COPYRIGHT INFRINGEMENT REGARDING MURPHY TAPE; MEETING WITH DAVID REGARDING SAME. | MCS | 0.6 | 150.00 |
| 05-18-06 | REVIEW AND RESPOND TO MULTIPLE EMAILS FROM JASON ADAMS REGARDING JAKE SCHROEDER; TELEPHONE CONFERENCE WITH JAKE SCHROEDER REGARDING STATUS OF CASE. | DSG | 0.5 | 95.00 |
| 05-25-06 | TELEPHONE CONFERENCE WITH JAKE SCHROEDER REGARDING STATUS OF WEBSITES OFFERING MURPHY VIDEO; RESEARCH LOCATION OF SERVERS AND PREPARE DMCA NOTICE TO THREE DIFFERENT WEBSITES AND ISPS; TELEPHONE CONFERENCE WITH SAL ABBATE REGARDING SAME. | DSG | 0.9 | 171.00 |
| 06-07-06 | TELEPHONE CONFERENCE WITH JON MONTROLL REGARDING BEER AND SHOTS LAWSUIT; MEETING WITH KRAIG J. MARTON TO DISCUSS STATUS OF LAWSUIT. | DSG | 0.8 | 152.00 |
| 06-08-06 | PREPARE EMAIL TO EVAN | | | |

|   |   |   |   |
|---|---|---|---|
| SPIEGAL REGARDING CAROLYN MURPHY SUIT; REVIEW RESPONSE FROM MR. SPIEGAL REGARDING SAME; TELEPHONE CONFERENCE WITH SAL ABBATE REGARDING JAKE SCHROEDER ISSUES. | DSG | 0.7 | 133.00 |

06-08-06  EMAILS WITH DAVID REGARDING SETTLEMENT POSSIBILITIES WITH ISP.             MCS   0.2    50.00

06-12-06  TELEPHONE CONFERENCE WITH JAKE SCHROEDER REGARDING UPCOMING HEARING; SEEKING NEW COUNSEL; ETC.             DSG   0.4    76.00

06-14-06  REVIEW VOICEMAIL MESSAGE FROM JAMES WOLF REGARDING BEER AND SHOTS SUIT; LEAVE VOICE MESSAGE FOR SAL ABBATE REGARDING SAME; DRAFT EMAIL TO EVAN SPIEGEL REGARDING SAME.             DSG   0.3    57.00

06-15-06  TELEPHONE CONFERENCE WITH SAL ABBATE REGARDING BEER AND SHOTS; PREPARE SETTLEMENT EMAILS TO JAMES WOLF.             DSG   0.5    95.00

06-23-06  TELEPHONE CONFERENCE WITH JON MONTROLL REGARDING CASE STATUS (BEER & SHOTS); TELEPHONE CONFERENCE (X2) WITH SAL ABBATE REGARDING CAROLYN MURPHY MEETING WITH MARTY SINGER AND DAVID HANS SCHMIDT.             DSG   1.0    190.00

06-30-06  TELEPHONE CONFERENCE WITH

|   |   |   |   |   |
|---|---|---|---|---|
| | ATTORNEY FOR JOHN MONTROL; REVIEW OF ANSWER TO COMPLAINT. | MCS | 0.3 | 75.00 |
| 07-03-06 | LETTER FROM ERNIE BAIRD; TELEPHONE CONFERENCE WITH ERNIE BAIRD. | MCS | 0.2 | 50.00 |
| 07-05-06 | CONFER WITH DAVID REGARDING MURPHY CASE. | MCS | 0.2 | 50.00 |
| 07-06-06 | TELEPHONE CONFERENCE WITH DAVID AND EMAIL TO DAVID REGARDING TELEPHONE CALL FROM JAMES WOLF. | MCS | 0.1 | 25.00 |
| 07-10-06 | REVIEW ANSWER TO LAWSUIT FILED BY JAMES WOLF; PREPARE CORRESPONDENCE TO MR. WOLF REGARDING MISSING PARAGRAPHS; REVIEW EMAIL FROM DAVID HANS SCHMIDT REGARDING DMCA LETTER TO CELEBMOVIE; RESEARCH STATUS OF WEBSITE AND BEGIN DRAFTING DMCA LETTER; PREPARE CORRESPONDENCE TO CHRIS CATTRAN REGARDING JACK SCHROEDER. | DSG | 1.0 | 190.00 |
| 07-10-06 | REVIEW OF EMAILS WITH WOLF REGARDING SETTLEMENT PROPOSALS. | MCS | 0.1 | 25.00 |
| 07-12-06 | REVIEW AND RESPOND TO CORRESPONDENCE FROM BAIRD REGARDING JON MONTROL SETTLEMENT OFFER. | DSG | 0.6 | 114.00 |
| 07-31-06 | REVIEW AND RESPOND TO EMAIL FROM JAMES WOLF REGARDING CASE STATUS. | DSG | 0.1 | 19.00 |

| | | | |
|---|---|---|---|
| 08-17-06 REVIEW SCHEDULING ORDER REGARDING BEER & SHOTS AND SEND EMAIL TO SAL REGARDING STATUS; DRAFT COPYRIGHT ASSIGNMENT AGREEMENT REGARDING MURPHY TAPE; TELEPHONE CONFERENCE WITH JAKE SCHROEDER REGARDING ASSIGNMENT; TELEPHONE CONFERENCE WITH SAL REGARDING STATUS. | DSG | 0.7 | 133.00 |
| 09-11-06 MEETING WITH DAVID REGARDING BEER AND SHOTS INFRINGEMENT. | MCS | 0.3 | 75.00 |
| 09-11-06 TELEPHONE CONFERENCE WITH SAL ABBATE REGARDING STATUS; TELEPHONE CONFERENCE WITH JILL ORMOND REGARDING SCHEDULING CONFERENCE; MEETING WITH MARIA CRIMI SPETH REGARDING STATUS; EMAILS TO MARIA CRIMI SPETH REGARDING STATUS; RESEARCH INNOCENT INFRINGEMENT. | DSG | 1.6 | 304.00 |
| 09-12-06 (BEER & SHOTS); COMPLETE CORRESPONDENCE TO BAIRD REGARDING SETTLEMENT; EMAIL TO JAMES WOLF REGARDING STATUS; PREPARE DRAFT SCHEDULING CONFERENCE STATEMENT. | DSG | 0.7 | 133.00 |
| 09-21-06 (BEER & SHOTS) PREPARE RULE 16 CONFERENCE REPORT TO COURT; TELEPHONE CONFERENCE | | | |

```
                WITH JAMES WOLF; EMAIL TO
                SAL REGARDING STATUS.            DSG   2.0   380.00

     09-22-06   TELEPHONE CONFERENCE WITH
                JAMES WOLF; TELEPHONE
                CONFERENCE WITH LISA ORMOND
                REGARDING JOINT STATUS
                REPORT; MAKE CHANGES TO
                JOINT REPORT AND E-FILE
                SAME.
                (X3).                            DSG   1.5   285.00

     09-29-06   REVIEW EMAIL FROM DAVID HANS
                SCHMIDT REGARDING MURPHY
                SETTLEMENT;                      DSG   1.7   323.00

     10-02-06   (WOLF) COURT APPEARANCE FOR
                STATUS CONFERENCE                MCS   1.0   250.00

     10-02-06   BEER & SHOTS -- TRAVEL TO
                AND ATTEND STATUS
                CONFERENCE; REVIEW AND
                RESPOND TO EMAIL FROM JAMES
                WOLF REGARDING STATUS.           DSG   1.3   247.00

     10-04-06   REVIEW AND RESPOND TO
                SEVERAL EMAILS FROM DAVID
                HANS SCHMIDT REGARDING
                MURPHY STATUS; REVIEW AND
                RESPOND TO NUMEROUS EMAILS
                FROM JAMES WOLF REGARDING
                BEER & SHOTS STATUS.             DSG   0.5    95.00

     10-05-06   TELEPHONE CONFERENCE WITH
                JILL ORMOND'S OFFICE
                REGARDING SETTLEMENT OFFER.      DSG   0.1    19.00



     10-30-06   TELEPHONE CONFERENCE WITH
                SAL REGARDING DRAFT CONTRACT
                FOR JAKE; LEAVE VOICE
                MESSAGE FOR MICHAEL ROESER
```

|   |   |   |   |
|---|---|---|---|
| REGARDING JAKE STATUS; TELEPHONE CONFERENCE WITH DAVID HANS SCHMIDT REGARDING SAME. | DSG | 0.2 | 38.00 |
| 11-17-06  TELEPHONE CONFERENCE WITH MARTIN D. SINGER REGARDING MURPHY STATUS; LEAVE VOICE MESSAGE FOR SAL REGARDING STATUS. | DSG | 0.3 | 57.00 |
| 11-20-06  TELEPHONE CONFERENCE WITH SAL ABBATE REGARDING STATUS OF MURPHY SETTLEMENT; MEETING WITH JENNIFER JONES REGARDING STILL HAVING ISSUES WITH FEDERAL COURT FILING. | DSG | 0.3 | 57.00 |
| 02-27-07  RESEARCH AND DRAFT MOTION FOR SUMMARY JUDGMENT REGARDING BEER AND SHOTS LITIGATION. | DSG | 6.5 | 1,235.00 |
| 02-28-07  COMPLETE MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS FOR BEER AND SHOTS; TELEPHONE CONFERENCE WITH SAL ABBATE REGARDING DECLARATION; FINALIZE AND FILE ALL DOCUMENTS. | DSG | 2.9 | 551.00 |
| 03-07-07  TELEPHONE CONFERENCE WITH SAL ABBATE REGARDING MURPHY LETTER FROM SINGER. | DSG | 0.6 | 114.00 |
| 03-13-07  REVIEW AND RESPOND TO EMAIL FROM SAL REGARDING XPAYS; REVIEW MOTION TO WITHDRAW FROM MONTROLL COUNSEL IN BEER AND SHOTS. | DSG | 0.4 | 76.00 |

| | | | |
|---|---|---|---|
| 03-15-07  EMAIL TO JAMES WOLF REGARDING STATUS OF BEERANDSHOTS LITIGATION. | DSG | 0.2 | 38.00 |
| 05-04-07  BEER & SHOTS DRAFT RULE 26 DISCLOSURE STATEMENT; MEETING WITH MARIA CRIMI SPETH REGARDING SAME. | DSG | 0.5 | 112.50 |
| 05-21-07  TELEPHONE CONFERENCE WITH JON MONTROLL REGARDING STATUS OF SETTLEMENT OFFERS; TELEPHONE CONFERENCE WITH SAL ABBATE REGARDING SAME. | DSG | 0.2 | 45.00 |
| 05-22-07  REVIEW RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FILED BY JAMES WOLF AND DRAFT REPLY TO SAME; MEETING WITH MARIA CRIMI SPETH REGARDING STATUS. | DSG | 1.9 | 427.50 |
| 05-23-07  CONTINUE DRAFTING RESPONSE TO MOTION FOR SUMMARY JUDGMENT. | DSG | 0.6 | 135.00 |
| 05-30-07 (BEER & SHOTS) COMPLETE REPLY TO JAMES WOLF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT. | DSG | 1.5 | 337.50 |

10-25-07  (BEER & SHOTS) TELEPHONE
   CONFERENCE WITH SAL
   REGARDING STATUS AND BEGIN
   DRAFTING REVISED MOTION FOR
   SUMMARY JUDGMENT.            DSG    0.7    157.50

**TOTAL FEES**                                              **$8,215.00**

Date     Disbursement Description                    Amount

05-23-06  FILING FEE; CLERK, US DISTRICT COURT:
   WOLF/PROSE COMPLAINT; DINERS CLUB            350.00

06-20-06  PROCESS SERVICE; SUMMONS AND COMPLAINT UPON
   JOHN MONTROLL; FIDELITY NATIONAL TITLE INS CO    163.76

06-21-06  PROCESS SERVICE; SUMMONS AND COMPLAINT UPON
   JOHN MONTROLL; HAWKINS & CAMPBELL              163.76

06-30-06  PROCESS SERVICE; SUMMONS AND COMPLAINT UPON
   JAMES WOLF; HAWKINS & CAMPBELL                  72.00

06-30-06  PROCESS SERVICE; SUMMONS AND COMPLAINT UPON
   PROSE ONLY, INC; HAWKINS & CAMPBELL            231.30

**TOTAL COSTS**                                              **$980.82**

**AFFIDAVIT OF DAVID S. GINGRAS IN SUPPORT OF PLAINITFF'S REQUEST FOR ATTORNEY'S FEES**
**www.HollywoodSexTapes.com**
-12-
9267-1/DSG/DSG/622235_v1

# CERTIFICATE OF SERVICE

I hereby certify that on November 15 2007 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

John Montroll
8101 Chapin Road
Fort Worth, TX 76116
Defendant *Pro Se*
**FAX: 1-866-218-1533**

James Wolf
225 Linden Court #A
Lomira, WI 53048
**FAX: 800-625-6685**
WOLFYMAN@GMAIL.COM

I have also caused to be delivered a paper copy of the foregoing to:

Judge Carroll's Chambers
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Phoenix, Arizona  85003


s/ David S. Gingras