IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ICG-Internet Commerce Group, Inc., an Arizona Corporation d/b/a www.hollywoodsextapes.com,<br><br>  Plaintiff,<br><br>vs.<br><br>James Wolf and Jane Doe Wolf, husband and wife; Prose Only, Inc., a foreign corporation d/b/a www.beerandshots.com; Jon Montroll, husband d/b/a www.cologuys.com; Jane Doe Montroll, wife,<br><br>  Defendants. | No. CV 06-01345-PHX-EHC<br><br>**ORDER** |

Pursuant to a Status Hearing held on August 11, 2008, and this Court's March 19, 2008, Order (Dkt. 29) and Plaintiff's counsel advising that Plaintiff had no objection to dismissing the case,

**IT IS ORDERED** dismissing all remaining claims in the above-entitled case without prejudice.

DATED this 11th day of August, 2008.

_____
Earl H. Carroll
United States District Judge