THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  FRCP 5.4
(Rule Number/Section)

OCTOBER 9, 2012

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 15 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

CLERK OF UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
401 WEST WASHINGTON STREET, SPC-1
PHOENIX, ARIZONA 85003-2118

ROCKY MARCIANO SHROYER # 956193
W.C.C.
5501 SOUTH 1100 WEST
WESTVILLE, INDIANA 46391

RE: ICG - INTERNET COMMERCE GROUP, INC. V. JAMES WOLF, ET AL.,
    CASE NO. CV-06-01345-PHX-EHC

DEAR CLERK:

I AM WRITING THIS LETTER FOR PURPOSE OF REQUESTING TO OBTAIN A COPY OF THE CIVIL COMPLAINT (AMENDED, IF ANY), FILED IN THE ABOVE-NUMBERED CASE.

I WOULD REALLY APPRECIATE IF YOU WOULD PLEASE PROVIDE ME WITH A COPY OF THE CIVIL COMPLAINT, FILED IN THE ABOVE-ENTITLED CAUSE.

YOUR ASSISTANCE IN THIS MATTER IS GREATLY APPRECIATED.

THANK YOU IN ADVANCE FOR YOUR TIME, CONSIDERATION AND ASSISTANCE IN THIS MATTER.

SINCERELY,

ROCKY M. SHROYER