UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **ICG-Internet Commerce Group Inc.** <br> PLAINTIFF(S) <br><br> v. <br><br> **James Wolf, et al.,** <br> DEFENDANT(S) | CASE NO.  **CV-06-1345-PHX-EHC** <br><br> NOTICE OF DEFICIENCY IN <br> ELECTRONICALLY FILED DOCUMENT |

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Motion for Copy #35* .

☒ Document filed in error. Please disregard.

**ACTION TAKEN BY THE COURT**

The deficiency indicated above has been addressed by the Clerk.